IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

UNITED STATES OF AMERICA

v.                               CRIMINAL NO. 2:18-00288

BENJAMIN LEE PARSONS

## MEMORANDUM OPINION AND ORDER

Pending before the court is defendant's motion to continue the trial and all related deadlines for a period of approximately thirty days. (ECF No. 23). In support of defendant's motion and the need for a continuance, counsel for Parsons states that he needs additional time to investigate this matter, consult with witnesses in Wood County, and interview additional fact witnesses. The government does not oppose defendant's request for a continuance.

Because failure to grant the requested continuance would likely result in a miscarriage of justice, the court finds that the ends of justice outweigh the best interest of the defendant and the public in a speedy trial, see 18 U.S.C. § 3161(h)(7)(A), and **GRANTS** the defendant's motion to continue. In deciding to grant the motion to continue, the court considered the factors outlined in 18 U.S.C. §3161(h)(7)(B) and found that failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Accordingly, the court hereby **ORDERS** as follows:

1.  Trial of this action is continued until April 3, 2019, at 9:30 a.m., in Charleston.  Jury instructions and proposed voir dire are to be filed by March 26, 2019;

2.  All pretrial motions are to be filed by February 19, 2019;

3.  A pretrial motions hearing is scheduled for February 25, 2019, at 11:00 a.m., in Charleston;

4.  Pursuant to 18 U.S.C. § 3161(h)(7)(A), the time from the filing of the motion until the trial is excludable for purposes of the Speedy Trial Act.

The Clerk is directed to send a copy of this Memorandum Opinion and Order to counsel of record, to the United States Marshal for the Southern District of West Virginia, and to the Probation Office of this court.

IT IS SO ORDERED this 3rd day of January, 2019.

ENTER:

*David A. Faber* (signature)

David A. Faber
Senior United States District Judge